same hereby are, VACATED and RE-CALLED, and the notice of appeal is RE-INSTATED.

Appellee should compute the due date for filing its brief from the date of filing of this order.

Avery J. PARSONS, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7165.

United States Court of Appeals, Federal Circuit.

May 23, 2001.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion for remand,

IT IS ORDERED THAT:

The motion is granted and the case is remanded to the United States Court of Appeals for Veterans Claims for proceedings consistent with the decision in *Miley v. Principi*, 242 F.3d 1050 (Fed.Cir.2001).

Robert J. CASTELLINI, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7159.

United States Court of Appeals, Federal Circuit.

May 23, 2001.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion for remand,

IT IS ORDERED THAT:

The motion is granted and the case is remanded to the United States Court of Appeals for Veterans Claims for proceedings consistent with the decision in *Miley v. Principi*, 242 F.3d 1050 (Fed.Cir.2001).

Warren HOLLINGER, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5069.

United States Court of Appeals, Federal Circuit.

May 25, 2001.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Myrtle MOORE and Dicie Charles, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5065.

United States Court of Appeals, Federal Circuit.

May 25, 2001.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Stanley R. WEISS, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 01–3232.

United States Court of Appeals, Federal Circuit.

May 25, 2001.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Carrie L. EARLY, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 01–3222.

United States Court of Appeals, Federal Circuit.

May 25, 2001.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit